UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PHILLIP PLEVIN, TERESITA TORRES, | No. C-11-02359 MEJ |
| Plaintiffs, | **NOTICE OF REASSIGNMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **All chambers copies of electronically-filed documents must include on each page the running header created by the ECF system. Electronically-filed documents must be cited in all other documents as follows: Dkt. No. __ at __.**

All case management and pretrial deadlines previously established are VACATED. The Court shall issue a revised case management order forthwith.

**IT IS SO ORDERED.**

Dated: October 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge