UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

PHILLIP PLEVIN, et al.,

          Plaintiffs,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.

          Defendants.

No. C 11-02359 MEJ (LB)

**ORDER RE: PARTIES' SETTLEMENT CONFERENCE STATEMENTS**

The parties to the above-captioned action are scheduled to participate in a settlement conference with the undersigned on 10:00 a.m. PST on Wednesday, December 7, 2011. The parties submitted settlement conference statements as required by this court's order dated October 21, 2011. *See* 10/21/2011 Order, ECF No. 41.[1] Plaintiffs, however, failed to inform the court of their incurred attorneys' fees, as they are required to do. *See id*. at 4. In addition, it appears from Plaintiffs' statement that they have yet to make a formal settlement demand. This court's order, however, requires Plaintiff to do so, and for Defendants to respond to it, prior to the settlement conference. 10/21/2011 Order, ECF No. 41 at 4.[2]

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

[2] The court's order states:

c. Settlement Discussions. Except to the extent prohibited by applicable rules of

C 11-02359 MEJ (LB)

Accordingly, the court directs Plaintiffs to provide their incurred attorneys' fees to the court in a revised separate confidential statement that is not served on Defendants, no later than 3:00 p.m. PST on Monday, December 5, 2011, by emailing the statement to the court's proposed orders inbox at lbpo@cand.uscourts.gov. In addition, Plaintiffs shall make a formal settlement demand on Defendants no later than 3:00 p.m. PST on Monday, December 5, 2011, and Defendants shall respond to Plaintiffs' demand no later than 3:00 p.m. PST on Tuesday, December 6, 2011. Defendants shall email a copy of Plaintiffs' demand and their response to the court's proposed orders inbox at lbpo@cand.uscourts.gov no later than 4:00 p.m. PST on Tuesday, December 6, 2011.

**IT IS SO ORDERED.**

Dated: December 2, 2011

LAUREL BEELER
United States Magistrate Judge

---

privilege, describe the history and current status of any settlement negotiations, including the parties' positions on settlement (including present demands and offers), a summary of past settlement discussions, and a current reasonable proposal of settlement. If there have been no prior settlement discussions, Plaintiff must serve a demand on Defendant in writing no later than fourteen days before the conference, outlining its theories for recovery, the supporting facts, and damages. Plaintiff must include its demand in its exchanged settlement conference statement. Defendant must include its response to the demand in its exchanged settlement conference statement.

10/21/2011 Order, ECF No. 41 at 4.

C 11-02359 MEJ (LB)

2