1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  WARREN METLITZKY, State Bar #220758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3916
6  Facsimile:     (415) 554-3837
   E-Mail:        warren.metlitzky@sfgov.org
7
8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9  and S. A. NAVARRO

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13 | PHILLIP PLEVIN, TERESITA TORRES,   | Case No. 11-cv-2359 MEJ

14 |         Plaintiffs,                | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR FILING AND HEARING DISPOSITIVE MOTIONS**

15 |         vs.                        |

16 | CITY AND COUNTY OF SAN             | Trial Date:          Not Set
   | FRANCISCO; S. A. NAVARRO and Does 1-
17 | 25, inclusive

18 |         Defendants.

19

20

21

22

23

24

25

26

27

28

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of this Court's Orders concerning and setting dates for dispositive motion filing and hearing in the above matter.  The parties make this request based on the following circumstances:

1.      Based on the recency of certain depositions, and the time counsel anticipated it would take to meet and confer on a joint statement of undisputed facts as required by the Court's October 20, 2011 Case Management Order ¶J [Docket # 40], along with the Jewish holidays, and despite their diligent attempts to comply with that Order, the parties jointly requested [Docket # 48] and obtained from this Court [Docket # 49] an extension of time to make dispositive motions from September 20 to September 27, 2012, and an extension of time for the hearing on such motions from October 25 to November 1, 2012.

2.      Defendants' counsel represents that on Saturday, September 22, 2012, the 2 year-old son of defendants' counsel, Warren Metlitzky, fell and broke his leg.  Because the child cannot go to child care for at least a week, Mr. Metlitzky must stay at home with and care for him, the week of September 24.  It will therefore be exceedingly difficult, or impossible, for Mr. Metlitzky to attend to completing the process of conferring with plaintiff's counsel concerning the joint statement, and of completing defendants' dispositive motion.

3.      Trial of this matter is set for April 15, 2013.

4.      Accordingly, the parties stipulate to the entry of an order extending by one week the relevant events, so that the deadline to file dispositive motions will be extended from September 27 to

///
///
///
///
///
///
///
///

1    October 4, 2012, and the hearing date for dispositive motions will be extended from November 1 to

2    November 8, 2012, at 10 a.m.

3

4         **IT IS SO STIPULATED**.

5    Dated:  September 25, 2012

6                                              DENNIS J. HERRERA
                                               City Attorney
7                                              CHERYL ADAMS
                                               Chief Trial Deputy
8                                              WARREN METLITZKY
                                               Deputy City Attorneys
9

10

11                                    By: _/s/ Warren Metlitzky_____
                                               WARREN METLITZKY
12                                             Attorneys for Defendant
                                               CITY AND COUNTY OF SAN FRANCISCO
13                                             and S. A. NAVARRO

14

15   Dated:  September 25, 2012        LAW OFFICES OF WILLIAM E. WEISS

16

17                                    By: _/s/ *_____
                                               William E. Weiss, Esq. (SBN 73108)
18                                             Attorney for Plaintiffs PHILLIP PLEVIN and
                                               TERESITA TORRES
19                                             *Pursuant to GO 45, the electronic signatory has obtained
                                               approval from this signatory.
20

21                                    **ORDER**

22         Pursuant to the above stipulation, and for good cause appearing, the last day to file dispositive

23   motions is extended from September 27 to October 4, 2012, and the hearing date for such motions is

24   extended from November 1 to November 8, 2012.

25         **IT IS ORDERED**.

26

27   Dated: ___September 26, 2012___    _____
                                         THE HONORABLE MARIA ELENA JAMES
28