DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3916
Facsimile:    (415) 554-3837
E-Mail:       warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PLEVIN, TERESITA TORRES, | Case No. 11-cv-2359 MEJ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR FILING AND HEARING DISPOSITIVE MOTIONS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; S. A. NAVARRO and Does 1-25, inclusive | Trial Date:    Not Set |
| Defendants. | |

1  The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of this Court's Orders concerning and setting dates for dispositive motion filing and hearing in the above matter. The parties make this request based on the following circumstances:

1. Based on the recency of certain depositions, and the time counsel anticipated it would take to meet and confer on a joint statement of undisputed facts as required by the Court's October 20, 2011 Case Management Order ¶J [Docket # 40], along with the Jewish holidays, and despite their diligent attempts to comply with that Order, the parties jointly requested [Docket # 48] and obtained from this Court [Docket # 49] an extension of time to make dispositive motions from September 20 to September 27, 2012, and an extension of time for the hearing on such motions from October 25 to November 1, 2012.

2. Defendants' counsel represents that on Saturday, September 22, 2012, the 2 year-old son of defendants' counsel, Warren Metlitzky, fell and broke his leg. Because the child cannot go to child care for at least a week, Mr. Metlitzky must stay at home with and care for him, the week of September 24. It will therefore be exceedingly difficult, or impossible, for Mr. Metlitzky to attend to completing the process of conferring with plaintiff's counsel concerning the joint statement, and of completing defendants' dispositive motion.

3. Trial of this matter is set for April 15, 2013.

4. Accordingly, the parties stipulate to the entry of an order extending by one week the relevant events, so that the deadline to file dispositive motions will be extended from September 27 to

///
///
///
///
///
///
///
///

October 4, 2012, and the hearing date for dispositive motions will be extended from November 1 to November 8, 2012, at 10 a.m.

**IT IS SO STIPULATED**.

Dated:  September 25, 2012

>                    DENNIS J. HERRERA
>                    City Attorney
>                    CHERYL ADAMS
>                    Chief Trial Deputy
>                    WARREN METLITZKY
>                    Deputy City Attorneys
>
>                    By: /s/ Warren Metlitzky
>                    WARREN METLITZKY
>                    Attorneys for Defendant
>                    CITY AND COUNTY OF SAN FRANCISCO
>                    and S. A. NAVARRO

Dated:  September 25, 2012          LAW OFFICES OF WILLIAM E. WEISS

>                    By: /s/ *
>                    William E. Weiss, Esq. (SBN 73108)
>                    Attorney for Plaintiffs PHILLIP PLEVIN and
>                    TERESITA TORRES
>                    *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**ORDER**

Pursuant to the above stipulation, and for good cause appearing, the last day to file dispositive motions is extended from September 27 to October 4, 2012, and the hearing date for such motions is extended from November 1 to November 8, 2012.

**IT IS ORDERED**.

Dated: September 26, 2012

THE HONORABLE MARIA ELENA JAMES