UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PLEVIN ET AL,<br><br>                    Plaintiff(s),<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>                    Defendant(s).<br>_____/ | No. C 11-02359 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

   Pending before the Court is Defendants' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a **joint** statement of undisputed facts on or before October 25, 2012. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

   **IT IS SO ORDERED.**

Dated: October 11, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge