DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837
E-Mail:        warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHILLIP PLEVIN, TERESITA TORRES, | Case No. 11-cv-2359 MEJ |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION FOR ATTORNEYS FEES AND EXPERT COSTS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; S. A. NAVARRO and Does 1-25, inclusive | Trial Date:     Not Set |
| Defendants. | |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request a continuance of Defendants' Motion for Attorneys Fees and Expert Costs from February 7, 2013 at 10:00 a.m. to February 28, 2013 at 10:00 a.m.  The parties make this request based on the following circumstances:

1.     Counsel for defendants Warren Metlitzky was set for trial on January 28, 2013 in the matter of *Telitha Ball v. Ernest Ferrando*, San Francisco Superior Court No. 472360.  State court trial dates are based on availability of courtrooms and are often continued on the Court's motion for

1  months after the initial trial date setting.  Defense counsel also anticipated that if the matter went out
2  for trial, it would likely be completed by the February 7, 2013 hearing date.
3        2.    On January 28, 2013, the *Ball* case was assigned to Judge Robertson for trial.  Judge
4  Robertson has estimated the trial will start on Monday, February 4, 2013 and last approximately three
5  weeks, with jury deliberations to follow the subsequent week.
6        3.    Based on defense counsel's unavailability due to trial, the parties stipulate to continuing
7  defendants' Motion for Attorneys Fees and Expert Costs to February 28, 2013, subject to the Court's
8  availability.

10  **IT IS SO STIPULATED**.

11  Dated:  January 31, 2013

                                    DENNIS J. HERRERA
                                    City Attorney
                                    CHERYL ADAMS
                                    Chief Trial Deputy
                                    WARREN METLITZKY
                                    Deputy City Attorneys


                            By: /s/ Warren Metlitzky
                                    WARREN METLITZKY
                                    Attorneys for Defendant
                                    CITY AND COUNTY OF SAN FRANCISCO
                                    and S. A. NAVARRO

21  Dated:  January 31, 2013        LAW OFFICES OF WILLIAM E. WEISS


                            By: /s/ *
                                    William E. Weiss, Esq. (SBN 73108)
                                    Attorney for Plaintiffs PHILLIP PLEVIN and
                                    TERESITA TORRES
                                    *Pursuant to GO 45, the electronic signatory has obtained
                                    approval from this signatory.*

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

- Defendants' Motion for Attorneys Fees and Expert Costs is continued to ~~February 28,~~ March 14, 2013 ~~2013~~ at 10:00 a.m.

Dated: February 1, 2013

_____
THE HONORABLE MARIA ELENA JAMES