```
DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837
E-Mail:        warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PLEVIN, TERESITA TORRES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; S. A. NAVARRO and Does 1-25, inclusive<br><br>    Defendants. | Case No. 11-cv-2359 MEJ<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEFENDANTS' MOTION FOR ATTORNEYS FEES AND EXPERT COSTS**<br><br>Trial Date:        Not Set |

   The undersigned parties, through counsel, STIPULATE and AGREE and jointly request a continuance of Defendants' Motion for Attorneys Fees and Expert Costs from February 7, 2013 at 10:00 a.m. to February 28, 2013 at 10:00 a.m.  The parties make this request based on the following circumstances:

   1.   Counsel for defendants Warren Metlitzky was set for trial on January 28, 2013 in the matter of *Telitha Ball v. Ernest Ferrando*, San Francisco Superior Court No. 472360.  State court trial dates are based on availability of courtrooms and are often continued on the Court's motion for

1  months after the initial trial date setting.  Defense counsel also anticipated that if the matter went out
2  for trial, it would likely be completed by the February 7, 2013 hearing date.

3  2. On January 28, 2013, the *Ball* case was assigned to Judge Robertson for trial.  Judge
4  Robertson has estimated the trial will start on Monday, February 4, 2013 and last approximately three
5  weeks, with jury deliberations to follow the subsequent week.

6  3. Based on defense counsel's unavailability due to trial, the parties stipulate to continuing
7  defendants' Motion for Attorneys Fees and Expert Costs to February 28, 2013, subject to the Court's
8  availability.

**IT IS SO STIPULATED**.

Dated:  January 31, 2013

>  DENNIS J. HERRERA
>  City Attorney
>  CHERYL ADAMS
>  Chief Trial Deputy
>  WARREN METLITZKY
>  Deputy City Attorneys
>
>  By: */s/ Warren Metlitzky*
>  WARREN METLITZKY
>  Attorneys for Defendant
>  CITY AND COUNTY OF SAN FRANCISCO
>  and S. A. NAVARRO

Dated:  January 31, 2013          LAW OFFICES OF WILLIAM E. WEISS

>  By: */s/ \**
>  William E. Weiss, Esq. (SBN 73108)
>  Attorney for Plaintiffs PHILLIP PLEVIN and
>  TERESITA TORRES
>  *\*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

- Defendants' Motion for Attorneys Fees and Expert Costs is continued to ~~February 28,~~ March 14, 2013 ~~2013~~ at 10:00 a.m.

Dated: February 1, 2013

_____
THE HONORABLE MARIA ELENA JAMES