DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:      (415) 554-3837
E-Mail:          warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PLEVIN, TERESITA TORRES,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; S. A. NAVARRO and Does 1-25, inclusive<br><br>   Defendants. | Case No. 11-cv-2359 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION FOR ATTORNEYS FEES AND EXPERT COSTS**<br><br>Trial Date:          Not Set |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request a continuance of Defendants' Motion for Attorneys Fees and Expert Costs from March 21, 2013 at 10:00 a.m. to April 11, 2013 at 10:00 a.m.  The parties make this request based on the following circumstances:

1.      The Court on its on motion reset Defendants' Motion for Attorneys Fees and Expert Costs from March 14, 2013 to March 21, 2013.

2.      Counsel for defendants Warren Metlitzky has a motion for summary judgment due on March 21, 2013 in *Thomas Cooke v. City and County of San Francisco*, San Francisco Superior Court

1  No. CGC-11-515413.  The summary judgment is extensive and the filing date was specifically
2  scheduled to avoid conflict with defendants' motion for attorney fees in this matter.  Given the
3  impending filing date, defense counsel is unable to properly prepare for and attend the hearing on
4  March 21, 2013.  Defense counsel contacted plaintiff's counsel to inquire when plaintiffs' counsel
5  would next be available to attend the hearing.

6       4.  Based on defense counsel's unavailibility, the parties stipulate to continuing
7  defendants' Motion for Attorneys Fees and Expert Costs to April 11, 2013, or as soon thereafter as is
8  convenient for the Court.

10      **IT IS SO STIPULATED**.

11  Dated:  March 18, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
WARREN METLITZKY
Deputy City Attorneys

By: /s/ Warren Metlitzky
WARREN METLITZKY
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO

Dated:  March 18, 2013        LAW OFFICES OF WILLIAM E. WEISS

By: /s/ *
William E. Weiss, Esq. (SBN 73108)
Attorney for Plaintiffs PHILLIP PLEVIN and
TERESITA TORRES
*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

- Defendants' Motion for Attorneys Fees and Expert Costs is continued to April 11, 2013 at 10:00 a.m.

Dated: March 18, 2013

THE HONORABLE MARIA ELENA JAMES