DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:      (415) 554-3837
E-Mail:          warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and S. A. NAVARRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PHILLIP PLEVIN, TERESITA TORRES, | Case No. 11-cv-2359 MEJ |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION FOR ATTORNEYS FEES AND EXPERT COSTS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; S. A. NAVARRO and Does 1-25, inclusive | Trial Date:            Not Set |
| Defendants. | |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request a continuance of Defendants' Motion for Attorneys Fees and Expert Costs from March 21, 2013 at 10:00 a.m. to April 11, 2013 at 10:00 a.m.  The parties make this request based on the following circumstances:

1. The Court on its on motion reset Defendants' Motion for Attorneys Fees and Expert Costs from March 14, 2013 to March 21, 2013.

2. Counsel for defendants Warren Metlitzky has a motion for summary judgment due on March 21, 2013 in *Thomas Cooke v. City and County of San Francisco*, San Francisco Superior Court

1 No. CGC-11-515413.  The summary judgment is extensive and the filing date was specifically
2 scheduled to avoid conflict with defendants' motion for attorney fees in this matter.  Given the
3 impending filing date, defense counsel is unable to properly prepare for and attend the hearing on
4 March 21, 2013.  Defense counsel contacted plaintiff's counsel to inquire when plaintiffs' counsel
5 would next be available to attend the hearing.

6     4. Based on defense counsel's unavailibility, the parties stipulate to continuing
7 defendants' Motion for Attorneys Fees and Expert Costs to April 11, 2013, or as soon thereafter as is
8 convenient for the Court.

**IT IS SO STIPULATED**.

Dated:  March 18, 2013

          DENNIS J. HERRERA
          City Attorney
          CHERYL ADAMS
          Chief Trial Deputy
          WARREN METLITZKY
          Deputy City Attorneys

By:  /s/ Warren Metlitzky
    WARREN METLITZKY
    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
    and S. A. NAVARRO

Dated:  March 18, 2013        LAW OFFICES OF WILLIAM E. WEISS

By:  /s/ *
    William E. Weiss, Esq. (SBN 73108)
    Attorney for Plaintiffs PHILLIP PLEVIN and
    TERESITA TORRES
    *Pursuant to GO 45, the electronic signatory has obtained
    approval from this signatory.

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

- Defendants' Motion for Attorneys Fees and Expert Costs is continued to April 11, 2013 at 10:00 a.m.

Dated: March 18, 2013

_____
THE HONORABLE MARIA ELENA JAMES