UNITED STATES DISTRICT COURT

Northern District of California

PLEVIN ET AL,                             No. C 11-02359 MEJ

            Plaintiff(s),               **ORDER VACATING HEARING ON MOTION FOR ATTORNEY'S FEES**
  v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,

            Defendant(s).
_____/

      This matter is currently scheduled for a hearing regarding a Motion for Attorney's Fees on Thursday, April 11, 2013 at 10:00 a.m. Due to the Court's trial schedule <u>this hearing of April 11, 2013 is hereby VACATED</u>. The Court has advised counsel of current dates available for rescheduling of this motion, either April 18, 2013 at 10:00 a.m., or May 2, 2013 at 10:00 a.m. Counsel shall advise the courtroom deputy, Rose Maher, at 415-522-4708 which date they prefer. If either date is not agreeable they shall contact the courtroom deputy and discuss more suitable dates.

      **IT IS SO ORDERED.**

Dated: April 10, 2013

                                                   _____
                                                   Maria-Elena James
                                                   United States Magistrate Judge