UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PLEVIN ET AL,<br><br>           Plaintiff(s),<br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>           Defendant(s).<br>_____/ | No. C 11-02359 MEJ<br><br>**ORDER VACATING HEARING ON MOTION FOR ATTORNEY'S FEES** |

This matter is currently scheduled for a hearing regarding a Motion for Attorney's Fees on Thursday, April 11, 2013 at 10:00 a.m.  Due to the Court's trial schedule <u>this hearing of April 11, 2013 is hereby VACATED</u>.  The Court has advised counsel of current dates available for rescheduling of this motion, either April 18, 2013 at 10:00 a.m., or May 2, 2013 at 10:00 a.m.  Counsel shall advise the courtroom deputy, Rose Maher, at 415-522-4708 which date they prefer.  If either date is not agreeable they shall contact the courtroom deputy and discuss more suitable dates.

**IT IS SO ORDERED.**

Dated: April 10, 2013

_____
Maria-Elena James
United States Magistrate Judge